IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Darryl  
Moore, Belinda B  
Printed: 12/13/07

Case Number: 07 B 16127  
Judge: Wedoff, Eugene R  
Filed: 9/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 25, 2007  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of New York | Secured | 0.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 4,490.56 | 0.00 |
| 4. | B-Real LLC | Unsecured | 72.76 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 238.10 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 351.03 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 8. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 9. | Pennsylvania Higher Education Assistance | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Pennsylvania Higher Education Assistance | Unsecured | | No Claim Filed |
| 12. | Pennsylvania Higher Education Assistance | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Pennsylvania Higher Education Assistance | Unsecured | | No Claim Filed |
| 16. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 17. | B-Real LLC | Unsecured | | No Claim Filed |
| 18. | Asset Acceptance | Unsecured | | No Claim Filed |
| 19. | Pennsylvania Higher Education Assistance | Unsecured | | No Claim Filed |
| 20. | CBA | Unsecured | | No Claim Filed |
| 21. | Harold Saalfeld | Unsecured | | No Claim Filed |
| 22. | GEMB | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | Discover Financial Services | Unsecured | | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Darryl
Moore, Belinda B
Printed: 12/13/07

Case Number: 07 B 16127
Judge: Wedoff, Eugene R
Filed: 9/5/07

| | | | |
|---|---|---|---|
| 26. KCA Financial Services | Unsecured | | No Claim Filed |
| 27. MRSI | Unsecured | | No Claim Filed |
| 28. KCA Financial Services | Unsecured | | No Claim Filed |
| 29. KCA Financial Services | Unsecured | | No Claim Filed |
| 30. MRSI | Unsecured | | No Claim Filed |
| 31. M3 Financial Services | Unsecured | | No Claim Filed |
| 32. MRSI | Unsecured | | No Claim Filed |
| 33. Harvard Collection Services In | Unsecured | | No Claim Filed |
| 34. Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 35. MRSI | Unsecured | | No Claim Filed |
| 36. Nicor Gas | Unsecured | | No Claim Filed |
| 37. Shell Citibank | Unsecured | | No Claim Filed |
| 38. NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 40. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 41. South Division Credit Union | Unsecured | | No Claim Filed |
| 42. United States Dept Of Education | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 5,152.45 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_